Certificate Number: 05781-FLM-DE-041194996

Bankruptcy Case Number: 26-05986



05781-FLM-DE-041194996

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2026, at 8:37 o'clock AM PDT, Charles Bloss completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   July 12, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President